FILED
SCRANTON

FEB 1 2 2018

PER _____ / DEPUTY CLERK

In the United States District Court
For the Middle District of Pennsylvania

Ozriel Pittman v. United States
of America.

Case No. 3:18cv344

Civil complaint brought under 28 USCS 2761 et seq.

I. This civil action is brought in pro se by the complainant Ozriel Pittman under the Federal Tort Claim Act of 28 USCS 2761 et seq. He has exhausted his remedies under the administrative tort claim per the Standard Form 95. See TRT-NER-2017-01789. The United States by and through negligence failed to provide a vital duty of care, cf. 18 USCS 4042, by negligence the U.S. breached that duty, the breach caused the complainant harm and he suffered damages. He seeks $50,000.00 as a demand for relief.

II. The specifics of this complaint goes as follows. At United States Penitentiary Lewisburg, Pa as early as circa Nov. 11-13, 2016, there was a large scale infectious gastroenteritis outbreak, suspected of salmonella. Hundreds of prisoners were harmed. Ozriel Pittman became symptomatic with painful signs of fevers, abdominal cramps, migraine headaches with diarrhea. The prison was placed under a quarantined lockdown circa Nov. 30, 2016, due to the infectious gastroenteritis outbreak, and Pittman was placed under that quarantine. His diarrhea problems would range from controllable to bad and uncontrollable, consisting of nine painful episodes in a matter of hours.

-1-

He began to have painful infectious gastroenteritis symptoms after eating a meal from the institutional food tray. The food was prepared by the food department within the prison. Pittman recalls consuming all of his food servings which consisted of chicken, fish, beef and other foods. The court can also reasonably infer that the food trays were contaminated by the food department removing the food trays from the serving line, in direct relation to the quarentine and prisoners illnesses. Before the change of the food trays Pittman was oblivious to the cause of his illnesses. His pain was caused by the negligence of the United States. On about Dec. 7, 2016, Pittman was released after a medical triage from quarentine, stating he was asymptomatic.

III.    Dariel Pittman suffered from an infectious gastroenteritis illness in various symptoms. He has submitted his medical record from the prison to support that he was symptomatic as a result of the defendants negligence as complained, supra, the medical record also gives note that the prison did not specify what strain of salmonella infected the prisoners but that a infectious gastroenteritis outbreak was present, and it caused Pittman harm in the form of physical pain and deprived him from the enjoyments of life. Suffering from diarrhea, nausea, headaches, stomach pains and fevers for almost 30 days warrants him to seek $50,000.00 as a form of relief under 28 USCS 2671 et seq.

Dariel Pittman<br>
50985-056<br>
PO Box 1000<br>
Lewisburg PA 17837

**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

---

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

January 31, 2018

Dariel Pittman, Reg. No. 50985-056
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

    RE:    Correspondence
           Administrative Claim No. TRT-NER-2017-01789

Dear Mr. Pittman:

    We have reviewed your correspondence regarding Administrative Claim No. TRT-NER-2017-01789. You state you are declining our offer to settle the above cited tort claim because the offer is unacceptable due to the pain and suffering you went through.

    Our final settlement offer is $200.00. If this amount is acceptable for settlement, please complete the enclosed voucher, which was sent to you on December 22, 2017, and promptly return it to this office within 45 days of the date of this letter. If the voucher is not received by that date, we will assume that you have deemed the offer as unacceptable.

                                           Sincerely,

                                           Joyce M. Horikawa
                                           Acting Regional Counsel

Enclosure



U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA. 19106

December 22, 2017

Dariel Pittman, Reg. No. 50985-056
USP Lewisburg
P.O. Box 1000
Lewisburg, PA   17837

    RE:  Reconsidertion
          Administrative Claim No. TRT-NER-2017-01789

Dear Mr. Pittman:

    Your Administrative Claim No. TRT-NER-2017-01789 properly received on December 29, 2016, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. §2672, under authority delegated to me by 28 C.F.R. §543.30. Damages are sought in the amount of $50,000.00 based on a personal injury claim. Specifically, you allege you became ill after being served contaminated food at USP Lewisburg and request an increased offer of settlement.

    After a careful review of the reconsideration, I have decided to offer an increased settlement of $200.00. This amount is based upon our assessment of the relative value of your claim, based on your symptoms and treatment as verified in your medical record, and other factors. This is neither an admission nor denial of government liability.

    If this amount is acceptable for settlement, please complete the highlighted portions and sign the enclosed voucher and promptly return it to this office for processing. If the offer is unacceptable, suit may be brought against the United States in the appropriate United States District Court within six (6) months of the date of this letter.

                                          Sincerely,

                                          Joyce M. Horikawa
                                          Acting Regional Counsel

cc: David J. Ebbert, Warden, USP Lewisburg



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

June 9, 2017

Dariel Pittman, Reg. No. 50985-056
USP Big Sandy
P.O. Box 2068
Inez, KY  41224

  RE:  Administrative Claim No. TRT-NER-2017-01789

Dear Mr. Pittman:

  Your Administrative Claim No. TRT-NER-2017-01789 properly received on December 29, 2016, has been considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. §2672, under authority delegated to me by 28 C.F.R. §543.30.  Damages are sought in the amount of $50,000.00 based on a personal injury claim.  Specifically, you allege you became ill after being served contaminated food at USP Lewisburg.

  After careful review of this claim, I have decided a settlement offer will be made in the amount of $100.00.  This amount is based upon our assessment of the relative value of your claim, based on your symptoms and treatment as verified in your medical record, and other factors.  This is neither an admission nor denial of government liability.

  If this amount is acceptable for settlement, please complete the highlighted portions and sign the enclosed voucher and promptly return it to this office for processing. If the offer is unacceptable, suit may be brought against the United States in the appropriate United States District Court within six (6) months of the date of this letter.

              Sincerely,

              Michael D. Tafelski
              Regional Counsel

cc: David J. Ebbert, Warden, USP Lewisburg



**U.S. Department of Justice**
Federal Bureau of Prisons
*Northeast Regional Office*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA. 19106*

July 10, 2017

Dariel Pittman, Reg. No. 50985-056
USP Big Sandy
P.O. Box 2068
Inez, KY  41224

Re:  Request for Reconsideration **Received July 6, 2017**
     Claim No. TRT-NER-2017-01789

Dear Mr. Pittman:

  This will acknowledge receipt of your request for reconsideration on your administrative claim for an alleged personal property or personal injury suffered at USP Lewisburg.

  Under the provisions of the applicable federal statutes, we have **six months from the date of receipt** to review, consider, and adjudicate your claim.

  All correspondence regarding this claim should be addressed to Federal Bureau of Prisons, Northeast Regional Office, Room 701, U.S. Custom House, 2nd & Chestnut Street, Philadelphia, Pennsylvania 19106. If the circumstances surrounding this claim change in any fashion, you should contact this office immediately. Also, should your address change, you should advise this office accordingly.

                                        Sincerely,

                                        Michael D. Tafelski
                                        Regional Counsel

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 11/11/2016 | End Date: | 12/25/2016 |
|---|---|---|---|
| Reg #: | 50985-056 | Inmate Name: | PITTMAN, DARIEL TYREE |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 98.2 | 36.8 | Oral | Fahringer, Matthew NRP |
| | Orig Entered: 11/30/2016 14:00 EST   Fahringer, Matthew NRP | | | | |
| 11/30/2016 | 07:42 LEW | 97.8 | 36.6 | Oral | Fahringer, Matthew NRP |
| | Orig Entered: 11/30/2016 14:00 EST   Fahringer, Matthew NRP | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 109 | Via Machine | | Fahringer, Matthew NRP |
| | Orig Entered: 11/30/2016 14:00 EST   Fahringer, Matthew NRP | | | | |
| 11/30/2016 | 07:42 LEW | 82 | Via Machine | | Fahringer, Matthew NRP |
| | Orig Entered: 11/30/2016 14:00 EST   Fahringer, Matthew NRP | | | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 145/101 | Left Arm | Standing | Adult-regular | Fahringer, Matthew NRP |
| | Orig Entered: 11/30/2016 14:00 EST   Fahringer, Matthew NRP | | | | | |

# Bureau of Prisons
# Health Services
# Inmate Intra-system Transfer

| Reg #: 50985-056 | Inmate Name: PITTMAN, DARIEL TYREE |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: BSY                                 Transfer Date: 12/27/2016

## Health Problems

| Health Problem | Status |
|---|---|
| Dermatophytosis of foot (Tinea pedis) | Current |
| Acute postoperative pain, other | Current |
| Acute upper respiratory infection of unspec site | Current |
| Allergic rhinitis due to pollen | Current |
| Sinus, other disease of nasal cavity and sinuses | Current |
| Dental caries extending into dentine | Current |
| Stiffness of joint, not elsewhere classified | Current |
| Myalgia and myositis, unspecified | Current |
| Knee and leg, sprain and strain | Current |
| Open wound of cheek w/o mention of complication | Current |
| Hand, superficial injury, w/o infection | Current |
| Contusion of eyelids and periocular area | Current |
| Infectious gastroenteritis and colitis, unspecified suspected salmonella | Current |
| Antisocial Personality Disorder | Current |
| Allergic rhinitis | Current |
| Counseling on other sexually transmitted diseases | Current |
| Examination for medicolegal reasons | Current |
| Examination for medicolegal reasons  No physical injuries. | Current |
| Examination for medicolegal reasons | Current |
| Other specified general medical examination | Current |
| Unspecified examination | Current |
| Screening examination for oth spec viral diseases  2/12 - HBV imm, HCV neg | Current |
| Screening for oth and unspec genitourinary cond | Current |
| Dermatophytosis groin & perianal (Tinea cruris) | Remission |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

None

**OTCs: Listing of all known OTCs this inmate is currently taking.**

None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 07/24/2017 | 00:00 | PPD Administration | Nurse |

**TB Clearance:** Yes

Last PPD Date: 07/24/2016                    Induration: 0mm
Last Chest X-Ray Date:                        Results:
TB Treatment:                                 Sx free for 30 days: Yes
TB Follow-up Recommended: No

**Sickle Cell:**
Sickle Cell Trait/Disease:    No

**Reg #:** 50985-056        **Inmate Name:** PITTMAN, DARIEL TYREE

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Limitations/Restrictions/Diets:**
Cleared for Food Service: Yes

**Comments:**

**Allergies**
No Known Allergies

**Devices / Equipment**
Splint

**Travel:**
Direct Travel: No
Travel Restrictions: None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** LEWISBURG USP          **Phone Number:** 5705231251
Address 1: 2400 ROBERT F. MILLER
Address 2: DRIVE
City/State/Zip: LEWISBURG, Pennsylvania 17837

Name/Title of Person Completing Form: Fahringer, Matthew NRP          Date: 12/16/2016

Inmate Name: PITTMAN, DARIEL TYREE     Reg #: 50985-056    DOB: 08/27/1988    Sex: M

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name: PITTMAN, DARIEL TYREE  Reg #: 50985-056
Date of Birth: 08/27/1988    Sex: M    Race: BLACK   Facility: LEW
Encounter Date: 11/30/2016 13:58   Provider: Fahringer, Matthew NRP   Unit: D02

EMT/Para - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Fahringer, Matthew NRP
  Chief Complaint: Diarrhea
  Subjective: "My diarrhea is still bad."
  Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 98.2 | 36.8 | Oral | Fahringer, Matthew NRP |
| 11/30/2016 | 07:42 LEW | 97.8 | 36.6 | Oral | Fahringer, Matthew NRP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 109 | Via Machine | | Fahringer, Matthew NRP |
| 11/30/2016 | 07:42 LEW | 82 | Via Machine | | Fahringer, Matthew NRP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/30/2016 | 09:02 LEW | 145/101 | Left Arm | Standing | Adult-regular | Fahringer, Matthew NRP |

**Exam:**
  General
    Affect
      Yes: Cooperative
    Appearance
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed, Appears in Pain, Writhing in Pain
  Skin
    General
      Yes: Within Normal Limits, Dry, Skin Intact, Warmth

**ASSESSMENT:**

  Diarrhea
  I/M seen during rounds and was triaged at cell door. I/M came to UCR for evaluation of GI symptoms. I/M complaining of fever, abdominal cramps, and 9 episodes of diarrhea I/M's skin was warm and dry. Vitals were assessed. I/M returned to his cell and will be placed on quarantine.

**PLAN:**

Disposition:
  Follow-up at Sick Call as Needed
  Return Immediately if Condition Worsens

Generated 11/30/2016 14:06 by Fahringer, Matthew NRP    Bureau of Prisons - LEW    Page 1 of 2

| Inmate Name: | PITTMAN, DARIEL TYREE | | | | Reg #: | 50985-056 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/27/1988 | Sex: | M   Race: BLACK | | Facility: | LEW |
| Encounter Date: | 11/30/2016 13:58 | Provider: | Fahringer, Matthew NRP | | Unit: | D02 |

Follow-up in 12-24 Hours

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2016 | Counseling | Access to Care | Fahringer, Matthew | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Fahringer, Matthew NRP on 11/30/2016 14:06
Requested to be cosigned by Shaw, Megan MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PITTMAN, DARIEL TYREE | | Reg #: 50985-056 |
| Date of Birth: 08/27/1988 | Sex: M  Race: BLACK | Facility: LEW |
| Encounter Date: 12/07/2016 10:20 | Provider: Ayers, Jessie PA-C | Unit: X04 |

Mid Level Provider - Follow up Visit encounter performed at Special Housing Unit.

**SUBJECTIVE:**

   **COMPLAINT 1**    **Provider:** Ayers, Jessie PA-C
      **Chief Complaint:** Diarrhea
      **Subjective:** Inmate states he is feeling better and has not had any diarrhea in 3 days
      **Pain:** No

**OBJECTIVE:**

**Exam:**
   **General**
     **Affect**
       Yes: Pleasant, Cooperative
     **Appearance**
       Yes: Appears Well, Alert and Oriented x 3
       No: Appears Distressed, Jaundiced, Lethargic
   **Skin**
     **General**
       Yes: Within Normal Limits
   **Mouth**
     **General**
       Yes: Within Normal Limits

 **Exam Comments**
  Good skin turgor

**ASSESSMENT:**

Unspecified examination, V72.9 - Current

**PLAN:**

**Disposition:**
  Follow-up at Sick Call as Needed

**Other:**
  Inmate to continue with increased fluid intake and eat small bland meals. Symptomatic free for 72 hours. Will release from isolation. Inmate to follow up as needed. Stressed good hand washing to inmate.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2016 | Counseling | Diet | Ayers, Jessie | Attentive |

| | | |
|---|---|---|
| Inmate Name: PITTMAN, DARIEL TYREE | Sex: M   Race: BLACK | Reg #: 50985-056 |
| Date of Birth: 08/27/1988 | Provider: Ayers, Jessie PA-C | Facility: LEW |
| Encounter Date: 12/07/2016 10:20 | | Unit: X04 |

**Copay Required:** No   **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ayers, Jessie PA-C on 12/07/2016 10:23

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PITTMAN, DARIEL TYREE | | Reg #: | 50985-056 |
| Date of Birth: | 08/27/1988 | Sex: M  Race: BLACK | Facility: | LEW |
| Note Date: | 12/05/2016 14:30 | Provider: Schoonover, Amy J RN | Unit: | X04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**    **Provider:** Schoonover, Amy J RN

    I/M seen at cell door by Ayers PA-C for follow up s/p GI symptoms. Per report, I/M reports no diarrhea since 11/30/16. Continue quarantine at this time due to cellmate continues to be symptomatic.

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Schoonover, Amy J RN on 12/05/2016 14:32
Requested to be cosigned by Edinger, Andrew MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Ayers, Jessie PA-C.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Health Problems

Reg #: 50985-056  Inmate Name: PITTMAN, DARIEL TYREE

**Current**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis of foot (Tinea pedis) <br> 08/06/2014 12:51 EST Miranda, Jeannette FNP-BC | III | ICD-9 | 110.4 | 08/06/2014 | Current | 08/06/2014 |
| Acute postoperative pain, other <br> 08/20/2010 16:30 EST George, David DDS, CDO | III | ICD-9 | 338.18 | 08/20/2010 | Current | 08/20/2010 |
| Acute upper respiratory infection of unspec site <br> 06/06/2011 12:04 EST Alama, F. MLP | III | ICD-9 | 465.9 | 06/06/2011 | Current | 06/06/2011 |
| Allergic rhinitis due to pollen <br> 06/22/2010 14:13 EST Refendor, Rufo MLP | III | ICD-9 | 477.0 | 06/22/2010 | Current | 06/22/2010 |
| Sinus, other disease of nasal cavity and sinuses <br> 12/30/2014 10:02 EST Fasciana, Francis MLP | III | ICD-9 | 478.19 | 12/30/2014 | Current | 12/30/2014 |
| Dental caries extending into dentine <br> 01/08/2010 14:06 EST George, David DDS, CDO | III | ICD-9 | 521.02 | 01/08/2010 | Current | 01/08/2010 |
| Stiffness of joint, not elsewhere classified <br> 03/11/2015 13:40 EST Lupold, Todd PA-C | III | ICD-9 | 719.5 | 03/11/2015 | Current | 03/11/2015 |
| Myalgia and myositis, unspecified <br> 05/04/2011 10:45 EST Alama, F. MLP | III | ICD-9 | 729.1 | 05/04/2011 | Current | 05/04/2011 |
| Knee and leg, sprain and strain <br> 09/30/2013 12:00 EST Nikbakht, S. MLP | III | ICD-9 | 844.9 | 09/30/2013 | Current | 09/30/2013 |
| Open wound of cheek w/o mention of complication <br> 09/18/2009 11:24 EST Urbano, Billy MLP | III | ICD-9 | 873.41 | 09/18/2009 | Current | 09/18/2009 |
| Hand, superficial injury, w/o infection <br> 10/08/2010 15:11 EST Urbano, Billy MLP | III | ICD-9 | 914.8 | 10/08/2010 | Current | 10/08/2010 |

Reg #: 50985-056 　　　　　　　　　Inmate Name: PITTMAN, DARIEL TYREE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Contusion of eyelids and periocular area<br>09/01/2009 20:57 EST   Urbano, Billy MLP | III | ICD-9 | 921.1 | 09/01/2009 | Current | 09/01/2009 |
| Infectious gastroenteritis and colitis, unspecified<br>12/07/2016 14:58 EST   Miosi, Heather RN/IOP/IDC<br>suspected salmonella | III | ICD-10 | A09 | 12/07/2016 | Current | 12/07/2016 |
| Cannabis Use Disorder, Severe<br>03/14/2017 15:13 EST   Saunders, Stacy PsyD | I | DSM-IV | F12. | 03/14/2017 | Current | |
| Antisocial Personality Disorder<br>02/01/2016 14:46 EST   Enigk, Jennifer PsyD | II | DSM-IV | F60.2*b | 02/01/2016 | Current | 02/01/2016 |
| Allergic rhinitis<br>05/26/2016 10:05 EST   Seroski, Jennifer PA-C | | ICD-10 | J309 | 05/26/2016 | Current | 05/26/2016 |
| Counseling on other sexually transmitted diseases<br>10/24/2009 22:14 EST   Refendor, Rufo MLP | III | ICD-9 | V65.45 | 10/24/2009 | Current | 10/24/2009 |
| Examination for medicolegal reasons<br>07/06/2010 20:44 EST   Urbano, Billy MLP | III | ICD-9 | V70.4 | 07/06/2010 | Current | 07/06/2010 |
| Examination for medicolegal reasons<br>04/21/2010 14:38 EST   Refendor, Rufo MLP<br>No physical injuries. | III | ICD-9 | V70.4 | 04/21/2010 | Current | 04/21/2010 |
| Examination for medicolegal reasons<br>04/14/2010 14:36 EST   Refendor, Rufo MLP | III | ICD-9 | V70.4 | 04/14/2010 | Current | 04/14/2010 |
| Other specified general medical examination<br>03/03/2011 09:17 EST   Alama, F. MLP | III | ICD-9 | V70.8 | 03/03/2011 | Current | 03/03/2011 |
| Unspecified examination<br>11/16/2009 17:49 EST   Sorenson, James NP | III | ICD-9 | V72.9 | 11/16/2009 | Current | 11/16/2009 |
| Screening examination for oth spec viral diseases<br>02/27/2012 14:00 EST   Buschman, Brian MD<br>2/12 - HBV imm, HCV neg | III | ICD-9 | V73.89 | 02/27/2012 | Current | 02/27/2012 |
| Screening for oth and unspec genitourinary cond<br>03/23/2011 15:21 EST   Alama, F. MLP | III | ICD-9 | V81.6 | 03/23/2011 | Current | 03/23/2011 |

| Reg #: 50985-056 | Inmate Name: PITTMAN, DARIEL TYREE | | | | |
|---|---|---|---|---|---|
| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |

Dermatophytosis groin & perianal (Tinea cruris)
11/05/2013 12:04 EST  Henderson, Joshua PA

| | III | ICD-9 | 110.3 | 11/05/2013 | Remission | 11/05/2013 |

**Remission**

Dental caries extending into pulp
02/23/2016 07:20 EST  SYSTEM
  Extracted #16 5/29/15
05/29/2015 10:46 EST  Baker, G. DDS
  Extracted #16 5/29/15

| | III | ICD-9 | 521.03 | 05/29/2015 | Resolved | 05/29/2015 |
| | III | ICD-9 | 521.03 | 05/29/2015 | Resolved | 05/29/2015 |

**Resolved**

Dental examination
02/23/2016 07:20 EST  SYSTEM
03/17/2011 09:51 EST  Ippolito, S. DDS

| | III | ICD-9 | V72.2 | 03/17/2011 | Resolved | 03/17/2011 |
| | III | ICD-9 | V72.2 | 03/17/2011 | Resolved | 03/17/2011 |

Total: 27

Inmate Name: Dariel Tyree Pittman
Register Number: 50985-056
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

FEB 08 2018

**RECEIVED
SCRANTON**

FEB 1 2 2018

PER_____
      DEPUTY CLERK

* LEGAL MAIL *